THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK H. McCARREN, Respondent, *v.* JOHN T. DOOLING et al., Constituting the Board of Elections of the City of New York, Appellants.

JOHN H. DELANEY et al., Intervening Appellants.

*People ex rel. McCarren v. Dooling,* 128 App. Div. 1, affirmed.
(Argued October 1, 1908; decided October 13, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 28, 1908, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendants to select and appoint election officials from the list filed by the petitioner as chairman of the executive committee of the Democratic county committee of Kings county and granted such motion.

*James C. Church* for John H. Delaney et al., intervening appellants.

*Francis K. Pendleton, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for appellants.

*Isaac M. Kapper* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, HISCOCK and CHASE, JJ. Absent: HAIGHT, J.

---

In the Matter of the Application of WALTER B. ELLIS, Appellant, *v.* THE BUFFALO, LOCKPORT AND ROCHESTER RAILWAY COMPANY, Respondent.

(Submitted September 28, 1908; decided October 13, 1908.)

Motion for re-argument denied, with ten dollars costs. (See 192 N. Y. 562.)